IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO CHAVEZ, ) | |
| ) | 8:06cv311 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| ROBERT PATTON, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 7, the motion by the plaintiff, Lorenzo Chavez, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted.

THEREFORE, IT IS ORDERED:

1.   That filing no. 7 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request; and

2.   That judgment will be entered accordingly

DATED this 2nd day of August, 2006.

BY THE COURT

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge